SLIP OPINION

Cite as 2016 Ark. 10

# SUPREME COURT OF ARKANSAS

No. CR–15–899

| | | |
|---|---|---|
| ZACHARY HOLLY | | **Opinion Delivered** January 14, 2016 |
| | APPELLANT | |
| | | APPEAL FROM THE BENTON |
| V. | | COUNTY CIRCUIT COURT |
| | | [NO. CR-2013-1-2] |
| STATE OF ARKANSAS | | |
| | APPELLEE | HONORABLE BRAD KARREN, |
| | | JUDGE |
| | | |
| | | PETITION FOR WRIT OF |
| | | CERTIORARI TO COMPLETE THE |
| | | RECORD GRANTED. |

**PER CURIAM**

Kent McLemore, attorney for appellant, Zachary Holly, petitions this court under Ark. Sup.Ct. R. 3-5 to issue a writ of certiorari directing the court reporter, Sharon Fields, to complete the record in this case. Petitioner states that the court reporter notified him that she is unable to prepare the record by December 29, 2015, the extended deadline, which was seven months from the date of the entry of the judgment. Attorney McLemore filed this petition prior to the record's due date asking this court to issue a writ of certiorari directing the court reporter to complete the record. Petitioner filed a partial record on November 4, 2015. Arkansas Rule of Appellate Procedure–Civil 5(b)(2) states, "In no event shall the time be extended more than seven (7) months from the date of the entry of the judgment or order . . . ."

We issue the writ of certiorari directing Ms. Sharon Fields to complete the record in this matter within thirty days from the date of this order. The Supreme Court Clerk is

SLIP OPINION

directed to forward a copy of this per curiam to the Board of Certified Court Reporter Examiners for any action it may deem appropriate under its rules. *See Epps v. State*, 338 Ark. 551, 998 S.W.2d 419 (1999).

Petition for writ of certiorari to complete the record is granted.